1  **WO**

2

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8

9  Andy Charles Bodie,                    )  No. CV 10-2788-PHX-RCB (ECV)
                                           )
10           Plaintiff,                    )  **ORDER FOR PAYMENT**
                                           )
11  vs.                                    )  **OF INMATE FILING FEE**
                                           )
12  Unknown Tipten, et al.,                )
                                           )
13           Defendants.                   )
    _____)

14

15  **TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

16        Plaintiff Andy Charles Bodie, inmate #206109, who is confined in the Arizona State

17  Prison Complex-Cook Unit, in Florence, Arizona, must pay the statutory filing fee of

18  $350.00. Plaintiff is not assessed an initial partial filing fee. Plaintiff must pay the filing fee

19  in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust

20  account. The Director of the Arizona Department of Corrections or his designee must collect

21  and forward these payments to the Clerk of Court each time the amount in the account

22  exceeds $10.00.

23  **IT IS ORDERED:**

24        (1)    The Director of the Arizona Department of Corrections or his designee must

25  collect the $350.00 filing fee from Plaintiff's trust account in monthly payments of 20% of

26  the preceding month's income the account. Payments must be forwarded to the Clerk of

27  Court each time the amount in the account exceeds $10.00. The payments must be clearly

28  identified by the name and number assigned to this action.

1    (2)    The Director of the Arizona Department of Corrections or his designee must
2    notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
3    institution other than the Arizona Department of Corrections, so new billing arrangements
4    may be made to collect any outstanding balance.

5    (3)    The Clerk of Court must serve by mail a copy of this Order on the Director of
6    the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

7    (4)    The Clerk of Court must forward a copy of this Order to Financial
8    Administration for the Phoenix Division of the United States District Court for the District
9    of Arizona.  Financial Administration must set up an account to receive payments on the
10   filing fee for this action and must notify the Court when the filing fee is paid in full.

11   DATED this 27th day of April, 2011.

Robert C. Broomfield
Senior United States District Judge