1  **WO**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Andy Charles Bodie,            ) | No. CV 10-2788-PHX-RCB (ECV) |
| )  |  |
| Plaintiff,         ) | **ORDER** |
| ) |  |
| vs.                            ) |  |
| ) |  |
| Unknown Tipten, et al.,        ) |  |
| ) |  |
| Defendants.        ) |  |
| ) |  |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

On April 27, 2011, the Court issued an Order requiring the Director of the Arizona Department of Corrections, or his designee, to collect and forward payments from the inmate account of Andy Charles Bodie, inmate #206109, for the filing fee for this action. (Doc. 15.) On May 9, 2011, the filing fee for this case was paid in full. (Doc. 16.) Accordingly, the Court's April 27, 2011 Order requiring the Director, or his designee, to collect and forward payments from Plaintiff's inmate trust account will be vacated.

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is withdrawn only with respect to the filing fee. All other matters in this action remain with the Magistrate Judge for disposition as appropriate.

(2) The Order filed on April 27, 2011 requiring the Director of the Arizona Department of Corrections, or his designee, to collect and forward the $350.00 filing fee from Plaintiff's trust account is **vacated**.

(3)     The Clerk of Court must serve by mail a copy of this Order on the Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

(4)     The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.

DATED this 11th day of May, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

copies to plaintiff *pro se* and all counsel of record