**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andy Charles Bodie, | No. CV 10-2788-PHX-RCB |
| Plaintiff, | **ORDER TO STOP PAYMENT** |
| vs. | **OF FILING FEE** |
| Tipten, et al., et al., | |
| Defendants. | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

Plaintiff Andy Charles Bodie, inmate #206109, who is confined in the Arizona State Prison Complex, Eyman, Cook Unit in Florence, Arizona, filed an appeal to the Ninth Circuit Court of Appeals and was granted *in forma pauperis* (Docs. 44, 48). The Arizona Department of Corrections (ADC) began collecting payments from Plaintiff's inmate trust account towards the $455.00 filing fee in Ninth Circuit Case No. 11-17845. Plaintiff paid the balance of the appeal filing fee in August 2012 (Doc. 49). Since August, payments from the ADC have been received, and refund checks for those amounts have been issued.

The Director or his designee are hereby ordered to cease collecting funds out of Plaintiff's inmate account towards the appeal filing fee.

**IT IS ORDERED:**

(1) The Director of the Arizona Department of Corrections or his designee must immediately stop collecting any funds from Plaintiff's trust account for payment of the filing

1  fee in Ninth Circuit Case No. 11-17845.

2  (2) The Clerk of Court must serve by mail a copy of this Order on the Director of the

3  Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

4  DATED this 25th day of October, 2012.

Robert C. Broomfield
Senior United States District Judge